**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| SOUTH CAROLINA DEMOCRATIC PARTY; DCCC; and DSCC,<br><br>        Plaintiffs,<br><br>v.<br><br>MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; and CLIFFORD J. EDLER, HAROLD E. FAUST, and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>        Defendants,<br>_____ | **Case No. 3:19-cv-03308-JMC**<br><br><br>**PROPOSED**<br><br>**ORDER OF DISMISSAL** |

The Plaintiffs bring this action in their own behalf and on behalf of their members arguing that South Carolina's requirement to provide a full social security number ("SSN") to register to vote frustrates their mission to register voters. *See* Paragraphs 7 through 9 of the Complaint, Document 1. Plaintiffs have informed this Court and Defendants that Plaintiffs plan to file for a preliminary injunction given the impending 2020 election and their perception that requiring potential voters to provide their whole SSN frustrates the mission of Plaintiffs to increase voter registrations in South Carolina.

The South Carolina Solicitor General has reviewed this matter and has filed a letter (the "Letter") dated January 15, 2020, Document # 24. According to the Letter, the requirement for the full SSN apparently originated with an attorney general opinion from the Honorable Dan

McLeod in 1967. See Op. S.C. Att'y Gen., 1967 WL 11747 (September 29, 1967) (the "1967 Opinion") that found in part that:

> Accordingly, it is the opinion of this Office that if a person acknowledges that he has a Social Security number he may be required to present that number before being issued a registration certificate. This is for the protection of the voter as well as to insure the purity of the elective process.

The South Carolina Solicitor General informed this Court in the Letter that while the Office of the South Carolina Attorney General believed that the prior opinion might have been technically correct at the time it was issued, that "we now deem it necessary to modify it [the Letter] in keeping with the more modern practice of using only the last four digits of the SSN." He further points out that this Office [Office of the South Carolina Attorney General] generally resolves all doubt in favor of the right to vote which is a fundamental right." Op. S.C. Att'y Gen., 2017 WL 1017485 (January 31, 2017).

**NOW THEREFORE**, it is ordered that within thirty days of the date of this order, that the South Carolina Election Commission will instruct the county boards of election to accept mail-in voter registration applications (which includes downloadable, mail-in registration forms that are returned via methods besides mail, such as in-person, fax, or e-mail) that include only the last four digits of an applicant's social security number and update their trainings accordingly; and that within thirty days of the date of this order that the downloadable, mail-in registration form will be updated to reflect that applications containing only the last four digits of an applicant's social security number will be accepted;

**AND IT IS FURTHER ORDERED,** without objection of the parties, that this case is dismissed;

**AND IT IS FURTHER ORDERED,** that this court shall retain jurisdiction until after the November 2020 elections, to revisit these matters should South Carolina fail to register voters who do not give their entire social security number.

**IT IS SO ORDERED.**

**J. Michelle Childs**

United States District Judge

Without objection:

Alan Wilson, Fed. Bar No. 10457
W. Jeffrey Young, Fed. Bar No. 6122

Thomas Parkin C. Hunter, Fed. Bar No. 2018
Harley Littleton Kirkland, Fed. Bar No. 12397
OFFICE OF THE SOUTH CAROLINA
ATTORNEY GENERAL
Post Office Box 11549 Columbia, South Carolina
29211-1549
jyoung@scag.gov
phunter@scag.gov
hkirkland@scag.gov

/s/ Thomas Parkin C. Hunter
Senior Assistant Attorney General
Attorneys for all Defendants

BY: T. PARKIN C. HUNTER
Senior Assistant Attorney General
Attorney Id. #2018
Office of the Attorney General
Post Office Box 11549
Columbia, SC 29211-1549
ATTORNEYS FOR THE DEFENDANTS
January _____, 2020
Columbia, SC

/s/ Christopher J. Bryant
Marc E. Elias*
Elisabeth C. Frost*

Christopher J. Bryant, Federal ID 12538
Christina A. Ford*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
efrost@perkinscoie.com
cbryant@perkinscoie.com
christinaford@perkinscoie.com

*Attorneys for Plaintiffs*
* admitted *pro hac vice*